**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRISANTO CARINO RAGASA,<br>*Petitioner*, | No. 12-72262 |
| v. | Agency No.<br>A037-485-221 |
| ERIC H. HOLDER, JR., Attorney<br>General,<br>*Respondent*. | ORDER |

Filed June 4, 2014

Before: Michael Daly Hawkins, M. Margaret McKeown,
and Carlos T. Bea, Circuit Judges.

## ORDER

The government's unopposed motion to amend the opinion is granted. Accordingly, the opinion filed April 28, 2014, 2014 WL 1661491, is amended as follows:

At page 9 of the slip opinion, lines 13–15; 2014 WL 1661491, at *2, the sentence "Because the government has not carried its burden of proving Ragasa's removability by clear and convincing evidence, we grant the petition and vacate the order of removal." shall be changed to "Because the government has not carried its burden of proving Ragasa's removability by clear and convincing evidence, we

grant the petition, vacate the order of removal, and remand this case to the BIA with instructions to terminate Ragasa's removal proceedings."

At page 9 of the slip opinion, line 18; 2014 WL 1661491, at *3, the sentence "**PETITION GRANTED.**" shall be changed to "**PETITION GRANTED; REMANDED WITH INSTRUCTIONS.**"